Michael T. Harrison, Esq. (State Bar No. 158983)
**THE SANTA CLARITA LAW FIRM**
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Office: (661) 257-2854
Email: mikeh@scvlawfirm.com

Attorneys for Plaintiff

**Law Office of Mauri L. Reese**
Mauri L. Reese SBN 128887
2100 Lakeshore Drive
Agoura, CA 91301
Phone: (818) 309-0411
Email:  1reeselaw@gmail.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARIA SANTOS, AN INDIVIDUAL,<br><br>      Plaintiff,<br><br>vs.<br><br>BLUE MALIBU, LLC,<br><br>      Defendant. | Case No.: 2:23-cv-01391 JAK (Ex)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maria Santos and Defendant Blue Malibu, LLC, through their respective counsel of record, stipulate to dismissal with prejudice of this action in its entirety due to settlement, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 21, 2023

By: /s/ Michael T. Harrison, Esq.
Michael T. Harrison, Esq.
Attorneys for Plaintiff

Dated: April 21, 2023

By:/s/ Mauri L. Resse, Esq.
Mauri L. Reese

The filer, Michael Harrison, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filings' content and has authorized the filing.

/s/ Michael T. Harrison, Esq.

Michael Harrison, Esq.

STIPULATION OF DISMISSAL