UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANTOS, AN INDIVIDUAL,<br><br>      Plaintiff,<br><br>vs.<br><br>BLUE MALIBU, LLC,<br><br>      Defendant. | No.: 2:23-cv-01391 JAK (Ex)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 18)**<br><br>**JS-6** |

1

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The above-captioned matter is dismissed in its entirety with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 26, 2023

By: _____

John A. Kronstadt
United States District Judge

2